AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| DANIELLE NECOLE LIGGINS and CHARLES OCHI | ) ) ) ) ) | Case No. 22-MJ-7106-JCB |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   January 2017 to August 2021   in the county of   Suffolk   in the
_____ District of   Massachusetts  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 371 | Conspiracy to operate an unlicensed money transmitting business. |

This criminal complaint is based on these facts:

See the attached affidavit of FBI Special Agent James D. Bedsole.

☑ Continued on the attached sheet.

*Complainant's signature*

FBI Special Agent James D. Bedsole
*Printed name and title*

Sworn and subscribed to before me by telephone under Fed. R. Crim. P. 4.1

Date: 3:24 PM, Apr 25, 2022

*Judge's signature*

City and state:   Boston, Massachusetts        Hon. Jennifer C. Boal
*Printed name and title*